# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MANUEL GUADALUPE AYALA (2),<br><br>  Defendant. | CASE NO. 14cr1159-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

  21 USC 952 and 960, 18 USC 2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 20, 2014

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE